**Order entered April 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01670-CV

**D&J REAL ESTATE SERVICES, INC.
D/B/A RE/MAX PREMIER GROUP, ET AL., Appellants**

**V.**

**GREG L. PERKINS, ET AL., Appellees**

**On Appeal from the 429th Judicial District Court
Collin County, Texas
Trial Court Cause No. 429-00559-2011**

## ORDER

Before the Court is appellees/cross-appellants' April 18, 2014 unopposed motion for an extension of time to file its initial brief. Under our local rules, appellees/cross-appellants must file a combined appellees' and cross-appellants' brief. *See* 5th Tex. App. (Dallas) Loc. R. 10(1)(b). Appellees' combined brief will be due thirty days after appellants' brief is filed. *See* 5th Tex. App. (Dallas) Loc. R. 10(3)(b). Accordingly, we **DENY** appellees/cross-appellants' motion as premature.

/s/ ADA BROWN
   JUSTICE